1  MARC A. PILOTIN
   Regional Solicitor
2  LAURA BREMER (Cal. Bar No. #162900)
   Counsel for ERISA
3  JENNIFER L. STA.ANA (Cal. Bar No. #307977)
4  Trial Attorney
   U.S. Department of Labor
5  90 Seventh Street #3-700, San Francisco, CA 94103
   (415) 625-7767 | StaAna.Jennifer.L@dol.gov
6

7  *Attorneys for Plaintiff Martin J. Walsh*
   *United States Secretary of Labor*
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>ENSEMBLE DESIGNS, INC., *et al.*,<br><br>Defendants. | Case No. 2:21-cv-02386-KJM-KJN<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**<br><br>Chief District Judge: Kimberly J. Mueller<br><br>Status Conference: May 5, 2022, 2:30 PM<br>Courtroom Three |

　　　PLEASE TAKE NOTICE that Martin J. Walsh, the Secretary of Labor (the "Secretary"), voluntarily dismisses this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which permits the dismissal of an action where Defendants have not yet filed an answer.

//

//

//

//

Dated: February 9, 2022

SEEMA NANDA
Solicitor of Labor

MARC A. PILOTIN
Regional Solicitor

LAURA BREMER
Counsel for ERISA


/s/ Jennifer L. Sta.Ana
JENNIFER L. STA.ANA
Trial Attorney
Attorneys for Plaintiff
United States Department of Labor